NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMART METER TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**ITRON, INC.,**
*Appellee*

---

2019-1291

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01199.

---

**JUDGMENT**

---

DECKER CAMMACK, Whitaker Chalk Swindle & Schwartz PLLC, Fort Worth, TX, argued for appellant. Also represented by ENRIQUE SANCHEZ, JR.

KIRK T. BRADLEY, Alston & Bird LLP, Charlotte, NC, argued for appellee. Also represented by BRADY COX, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 5, 2019        /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
       Clerk of Court